UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

**Carmelo R. Batista,**  Case No: **15-16067-LMI**
Chapter 7

_____Debtor_____/

## MOTION TO CONVERT CHAPTER 7 BANKRUPTCY CASE TO CHAPTER 13

### NEGATIVE NOTICE 21 DAYS

Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service stated in this motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this motion. Any scheduled hearing may then be canceled.

**COME NOW**, the Debtors, **Carmelo R. Batista**, by and through his undersigned counsel and files this Motion to Convert Chapter 7 Bankruptcy Case to Chapter 13 and for the reasons as set forth below:

1. The debtor filed for chapter 7 bankruptcy protection on April 2, 2015.
2. The debtor desires to make good faith payments to his creditors and convert his case to a Chapter 13 bankruptcy.

**WHEREFORE**, the Debtor prays this Honorable Court enter an Order Granting the Chapter 7 Bankruptcy Case to Covert to a Chapter 13 for the purpose of permitting the filing of a Chapter 13 Petition.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ECF to the Maria Yip and U.S. Mail this 10th day of April, 2015: to all parties on the service list.

Respectfully Submitted;

ROBERT SANCHEZ AND ASSOCIATES
355 WEST 49TH STREET
HIALEAH, FLORIDA 33012
(305) 687-8008
Court@BankruptcyClinic.com

/**s**/ *Robert Sanchez*_____
ROBERT SANCHEZ ESQ.
Florida Bar No.0442161

Andreu, Palma & Andreu, PL
701 SW 27th Avenue
Suite 900
Miami, FL 33135

Santander
POB 660633
Dallas, TX 75266