UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Carmelo Batista                                              Case No: 15-16067-LMI
                                                             Chapter 7


_____Debtor_____/


### EX-PARTE MOTION FOR SECOND EXTENSION OF TIME TO FILE SCHEDULES

COME NOW the, debtors by and through their undersigned counsel and files this Ex-Parte Motion for Second Extension of time to file Schedules, Summary of Schedules, Statement of Financial Affairs, Payment Advices and Statement of Monthly Income and all other applicable documents.

1. The debtors filed for Chapter 7 bankruptcy relief on April 2, 2015.
2. A notice of conversion was filed on April 10, 2015.
3. Our office is pending the order converting the case so we may complete the schedules
4. For these reason we are requesting an additional 15 days from today to file all the necessary documents.
5. The administration of the estate will not be delayed as a result of the extension of time.

**WHEREFORE,** the undersigned moves this Court for an order in accordance with the foregoing.


                                        Robert Sanchez, Esq.
                                        355 West 49 Street
                                        Hialeah, FL 33012
                                        Tel. (305)-687-8008

                                        By:___*/s/ Robert Sanchez*_____
                                        Robert Sanchez, Esquire
                                        FBN#0442161